**Electronically Filed
Intermediate Court of Appeals
30414
16-DEC-2011
10:38 AM**

NO. 30414


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


STATE OF HAWAI'I, Plaintiff-Appellee, v.
SIONE TALI TAUMOEPEAU, Defendant-Appellant


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 07-1-1741)


ORDER DENYING MOTION FOR RECONSIDERATION
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of Defendant-Appellant Sione Tali Taumoepeau's "Motion for Reconsideration of the Court's Summary Disposition Order" filed on December 8, 2011, the papers in support and the record and files herein,

IT IS HEREBY ORDERED that said motion is denied as unnecessary.

DATED: Honolulu, Hawai'i, December 16, 2011.


Chief Judge

Associate Judge

Associate Judge